FILED

2018 SEP 26 PM 1:25

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | JUDGE GWIN |
| v. ) | |
| ) | CASE NO. 4:18 CR 552 |
| ARMANDO MINES, ) | Title 18, Section 1791(a)(2), |
| Defendant. ) | United States Code |

COUNT 1
(Possession of Contraband in Prison, in violation of 18 U.S.C. § 1791(a)(2))

The Grand Jury charges:

On or about December 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant ARMANDO MINES an inmate of the Federal Correctional Institution Elkton in Lisbon, Ohio, knowingly attempted to obtain prohibited objects, to wit: cellular telephones and pocket knives, all in violation of Title 18, United States Code, Section 1791(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.